**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 23-23867-CIV-ALTONAGA/Damian**

**METZFAB INDUSTRIES,**
**LLC**; *et al.*,

       Plaintiffs,

v.

**THE INDIVIDUALS, CORPORATIONS,**
**LIMITED LIABILITY COMPANIES,**
**PARTNERSHIPS, AND**
**UNINCORPORATED ASSOCIATIONS**
**IDENTIFIED ON SCHEDULE A**,

       Defendants.

_____/

## ORDER

**THIS CAUSE** came before the Court upon Plaintiffs, Metzfab Industries, LLC and Brandon Metzger's *ore tenus* Motion for Entry of Preliminary Injunction, made during the November 27, 2023 hearing [ECF No. 19], against Defendants, The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A to this Order. The Court has carefully reviewed the Motion and the record and is otherwise fully advised.

Plaintiffs seek a preliminary injunction against Defendants and entry of an order restraining the financial accounts used by Defendants, pursuant to 35 U.S.C. section 283, 35 U.S.C. section 284, Federal Rule of Civil Procedure 65, and The All Writs Act, 28 U.S.C. section 1651(a).

At an October 6, 2023 hearing, only counsel for Plaintiffs was present and available to present evidence supporting the Motion. Because Plaintiffs have satisfied the requirements for the issuance of a preliminary injunction, the Court will now grant Plaintiffs' Motion for Preliminary

Injunction as to the Defendants listed in the Schedule A to this Order.

## I. BACKGROUND

Metzger owns all exclusive rights in various patents for Metzfab Products, including without limitation patents covered by U.S. Patent Numbers US 9,285,259 B1 and US 9,671,272 B1 (the "Metzfab Patents").  Metzger is the owner and founder of Metzfab, the distributor of genuine Metzfab Products.

Defendants, through various fully interactive commercial Internet websites, including the online marketplace accounts listed in Schedule A ("Internet Stores"), are advertising, promoting, and offering for sale goods in interstate commerce using the technology and invention claimed by at least one of the Metzfab Patents (the "Infringing Products").  (*See* Mot. Temporary Restraining Order, Ex. 1, Declaration of Brandon Metzger [ECF No. 7-1] ("Metzger Decl.") ¶¶ 11–18). Defendants advertise their Internet Stores, including the Infringing Products, to the consuming public at least through the Internet Stores.  (*See id.* ¶ 23).

Plaintiffs have submitted sufficient evidence showing each Defendant has infringed the Metzfab Patents.  (*See generally id.*).  The Defendants are not now, nor have they ever been, authorized or licensed to use the Metzfab Patents, and none of the Defendants is an authorized retailer of genuine Metzfab Products.  (*See id.* ¶ 22).

Plaintiffs investigated the promotion and sale of the Infringing Products on the Internet Stores.  (*See id.* ¶¶ 10–18).  Plaintiffs accessed each of the e-commerce stores operating under the Internet Stores; initiated the ordering process for purchases of the Infringing Products; and completed a checkout page requesting each product to be shipped to an address in the Southern District of Florida.  (*See id*. ¶¶ 14–17).  Plaintiffs reviewed and visually inspected the Infringing Products — for which orders were initiated by Plaintiffs' third-party investigator via the Internet

Stores — and determined the Infringing Products were non-genuine, unauthorized versions of the Metzfab Products utilizing the Metzfab Patents.  (*See id.* ¶¶ 15–16, 16 n.1).

## II.  LEGAL STANDARD

To obtain a preliminary injunction, a party must demonstrate "(1) a substantial likelihood of success on the merits; (2) that irreparable injury will be suffered if the relief is not granted; (3) that the threatened injury outweighs the harm the relief would inflict on the nonmovant; and (4) that the entry of the relief would serve the public interest." *Schiavo ex. rel Schindler v. Schiavo*, 403 F.3d 1223, 1225–26 (11th Cir. 2005) (citations omitted).

## III.  CONCLUSIONS OF LAW

The declaration and accompanying evidence Plaintiffs submitted in support of their Motion for Preliminary Injunction support the following conclusions of law:

A.    Plaintiffs have submitted sufficient documentation that Defendants make, use, offer for sale, sell, and/or import into the United States for subsequent sale or use products that infringe directly and/or indirectly one or more claims of the Metzfab Patents.  The documentation submitted by Plaintiffs shows that an ordinary observer would be deceived into thinking that the Infringing Products are genuine Metzfab Products because they utilize one or more claims of the Metzfab Patents.

B.    Because of the infringement of the Metzfab Patents, Plaintiffs are likely to suffer immediate and irreparable injury if a preliminary injunction is not granted.  The following specific facts, as set forth in Plaintiffs' Complaint, Motion, and declarations, demonstrate that Plaintiffs will suffer immediate and irreparable loss, damage, and injury absent injunctive relief:

1.    Defendants own or control e-commerce stores and commercial Internet websites operating under their respective seller identification names and

domain names which advertise, promote, offer for sale, and sell Infringing

Products in violation of Plaintiffs' respective rights; and

2.    There is good cause to believe that more Infringing Products will appear in

the marketplace; that consumers are likely to be misled, confused, and/or

disappointed by the quality of these products; and that Plaintiffs may suffer

loss of sales for its genuine products.

C.    The balance of potential harm to Defendants in restraining their trade in Infringing

Products if a preliminary injunction is issued is far outweighed by the potential harm to Plaintiffs,

their exclusive rights as to the Metzfab Patents, Metzfab's reputation, and its goodwill as a

manufacturer and distributor of quality products, if such relief is not issued.

D.    The public interest favors issuance of the preliminary injunction to protect

Plaintiffs' patent interests and protect the public from purchasing inferior versions of the Metzfab

Products.

E.    The Patent Act authorizes courts to issue injunctive relief "in accordance with the

principles of equity to prevent the violation of any right secured by patent, on such terms as the

court deems reasonable." 35 U.S.C. § 283; *see also* 35 U.S.C. § 284 (entitlement to reasonable

royalties for patent infringement).

F.    Requesting equitable relief "invokes the district court's inherent equitable powers

to order preliminary relief, including an asset freeze, in order to assure the availability of

permanent relief." *Levi Strauss & Co.*, *Levi Strauss & Co. v. Sunrise Int'l. Trading Inc.*, 51 F.3d

982, 987 (11th Cir. 1995) (citations omitted).

G.    In light of the inherently deceptive nature of Defendants' infringement, and the

likelihood that Defendants have violated federal patent laws, Plaintiffs have good reason to believe

Defendants will hide or transfer their ill-gotten assets beyond the jurisdiction of this Court unless those assets are restrained.

Upon review of Plaintiffs' Complaint [ECF No. 1], Motion, and supporting evidentiary submissions, it is

**ORDERED AND ADJUDGED** that Plaintiffs' *ore tenus* Motion for Preliminary Injunction, made during the November 27, 2023 hearing [ECF No. 19], is **GRANTED**, under the terms set forth below:

A.      Each Defendant, its officers, directors, employees, agents, subsidiaries, distributors, and all persons in active concert or participation with any Defendant having notice of this Order are hereby temporarily restrained as follows:

1.      From manufacturing, importing, advertising, promoting, offering to sell, selling, distributing, or transferring any products not authorized by Plaintiffs and that infringe one or more claims in the Metzfab Patents;

2.      Aiding, abetting, contributing to, or otherwise assisting anyone in infringing upon the Metzfab Patents; and

3.      Effecting assignments or transfers, forming new entities or associations or utilizing any other device for the purpose of circumventing or otherwise avoiding the prohibitions set forth in Subparagraphs (a) and (b).

B.      Each Defendant shall not transfer ownership of the Internet based e-commerce stores and Internet websites operating under their Defendant Internet Stores and subject domain names during the pendency of this action, or until further order of the Court;

C.      Each Defendant shall preserve copies of all computer files relating to the use of any of the Internet based e-commerce stores and Internet websites operating under their Defendant

CASE NO. 23-23867-CIV-ALTONAGA/Damian

Internet Stores and subject domain names and shall take all steps necessary to retrieve computer files relating to the use of the Internet based e-commerce stores and Internet websites operating under their Defendant Internet Stores and subject domain names that may have been deleted before the entry of this Order;

D.     The domain name registries for the Defendant Domain Names, including, but not limited to, VeriSign, Inc., Neustar, Inc., Afilias Limited, CentralNic, Nominet, and the Public Interest Registry, within three (3) business days of receipt of this Order or prior to expiration of this Order, whichever date shall occur first, shall disable the Defendant Domain Names and make them inactive and untransferable until further ordered by this Court.

E.     Those with actual notice of this Order, including any online marketplaces such as the Online Marketplaces, social media platforms, Facebook, YouTube, LinkedIn, Twitter, Internet search engines such as Google, Bing, and Yahoo, web hosts for the Defendant Domain Names, and domain name registrars, shall within three (3) business days of receipt of this Order:

1.     disable and cease providing services for any accounts through which Defendants engage in the sale of infringing goods directly or indirectly infringing the Metzfab Patents, including any accounts associated with the Defendants listed on the attached Schedule A;

2.     disable and cease displaying any advertisements used by or associated with Defendants in connection with the sale of infringing goods directly or indirectly infringing the Metzfab Patents; and

3.     take all steps necessary to prevent links to the Defendant Domain Names identified on the attached Schedule A from displaying in search results, including, but not limited to, removing links to the Defendant Domain

Names from any search index.

F.    Defendants and any third party with actual notice of this Order who is providing services for any of the Defendants, or in connection with any of Defendants' websites at the Defendant Domain Names or other websites operated by Defendants, including, without limitation, any online marketplace platforms such as the online marketplace platforms, Internet Service Providers ("ISP"), web hosts, back-end service providers, web designers, sponsored search engine or ad-word providers, banks, merchant account providers, including PayPal, Alipay, Wish, Walmart, Joom, Alibaba, Ant Financial, Amazon, DHgate, eBay, Payoneer, PingPong, Coinbase, LianLian, AllPay, Union Mobile, World First, Paxful, Shopify, Stripe, OFX, SellersFund, third party processors and other payment processing service providers, shippers, and domain name registrars (collectively, the "Third Party Providers") shall, within five (5) business days after receipt of such notice, provide to Plaintiffs expedited discovery—based on the identifying information provided by Plaintiffs' counsel including but not limited to, account IDs, legal names, and associated email addresses — including copies of all documents and records in such person's or entity's possession or control relating to:

1.    the identities and locations of Defendants, their agents, servants, employees, confederates, attorneys, and any persons acting in concert or participation with them, including all known contact information;

2.    the nature of Defendants' operations and all associated sales and financial information, including, without limitation, identifying information associated with Defendants' online marketplace accounts, the Defendant Domain Names, and Defendants' financial accounts, as well as providing a full accounting of Defendants' sales and listing history related to their

respective online marketplace accounts and Defendant Domain Names;

3.      Defendants' websites and/or any online marketplace accounts;

4.      the Defendant Domain Names or any domain name registered by Defendants; and

5.      any financial accounts owned or controlled by Defendants, including their agents, servants, employees, confederates, attorneys, and any persons acting in concert or participation with them, including such accounts residing with or under the control of any banks, savings and loan associations, payment processors or other financial institutions, including, without limitation, without limitation, PayPal, Alipay, Wish, WalMart, Joom, Alibaba, Ant Financial, Amazon Pay, DHgate, eBay, Payoneer, PingPong, Coinbase, LianLian, AllPay, Union Mobile, World First, Paxful, Shopify, Stripe, OFX, SellersFund or other merchant account providers, payment providers, third party processors, and credit card associations (e.g., MasterCard and VISA).

G.      Defendants and any persons in active concert or participation with them who have actual notice of this Order shall be temporarily restrained and enjoined from transferring or disposing of any money or other of Defendants' assets until further ordered by this Court.

H.      Western Union shall, within **five (5) business days** of receipt of this Order, block any Western Union money transfers and funds from being received by Defendants until further ordered by this Court.

I.      The marketplace platforms shall, within **five (5) business days** of receipt of this Order, for any Defendant or any of Defendants' online marketplace accounts or websites:

1.      locate all accounts and funds connected and/or related to Defendants, Defendants' online marketplace accounts or Defendants' websites, including, but not limited to, any Amazon, PayPal, Payoneer, LianLian, AllPay, PingPong, Coinbase, Union Mobile, eBay, Walmart, and Wish accounts connected and/or related to the information listed in the attached Schedule A; and

2.      Restrain and enjoin any such accounts or funds from transferring or disposing of any money or other of Defendants' assets until further ordered by this Court.

J.      The Financial Institutions, any banks, savings and loan associations, payment processors, or other financial institutions, for any Defendant or any of Defendants' online marketplace accounts or websites, shall within **five (5) business days** of receipt of this Order:

1.      locate all accounts and funds connected and/or related to Defendants, Defendants' online marketplace accounts or Defendants' websites, including, but not limited to, any accounts connected and/or related to the information listed in Schedule A to this Order; and

2.      restrain and enjoin any such accounts or funds from transferring or disposing of any money or other of Defendants' assets until further ordered by this Court.

K.      Plaintiffs may provide notice of these proceedings to Defendants by electronically publishing a link to the Complaint, this Order, and other relevant documents on a website or by sending an e-mail to all e-mail addresses identified by Plaintiffs and any e-mail addresses provided for Defendants by third parties that includes a link to said website. The combination of providing

CASE NO. 23-23867-CIV-ALTONAGA/Damian

notice via electronic publication or e-mail, along with any notice that Defendants receive from domain name registrars and payment processors, shall constitute notice reasonably calculated under all circumstances to apprise Defendants of the pendency of the action and afford them the opportunity to present their objections.

L.      Any Defendants that are subject to this Order may appear and move to dissolve or modify the Order on two days' notice to Plaintiffs or on shorter notice as set by this Court.

M.      The five thousand dollar ($5,000.00) bond posted by Plaintiffs shall remain with the Court until a final disposition of this case or until this Preliminary Injunction is terminated.

**DONE AND ORDERED** in Miami, Florida, this 29th day of November, 2023.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:     counsel of record

CASE NO. 23-23867-CIV-ALTONAGA/Damian

**SCHEDULE A**

| DOE No. | Defendant Internet Store | Seller URL |
|---------|--------------------------|------------|
| 62 | Acupress | https://www.amazon.com/sp?seller=A32SEX6CGLBPEK |
| 63 | ATQUALOD | https://www.amazon.com/sp?seller=A33TGJQT9U9B3D |
| 64 | BONILORA | https://www.amazon.com/sp?seller=A1HPU283M6Y5OM |
| 65 | bulafu | https://www.amazon.com/sp?seller=AHTI8QOZBSCS1 |
| 66 | BYS Technology | https://www.amazon.com/sp?seller=ahz8e04ihmemi |
| 67 | Deadmau5 | https://www.amazon.com/sp?seller=A4TGQOBS9L223 |
| 68 | DEEPSOUND | https://www.amazon.com/sp?seller=A2M5ZSHHA6HPY0 |
| 69 | DIPMOTOR | https://www.amazon.com/sp?seller=A22ZGQFXCMUO5S |
| 70 | Eco Part LLC | https://www.amazon.com/sp?seller=A1DA8RL16JPDA0 |
| 71 | Fupiupero-US | https://www.amazon.com/sp?seller=ABUVLNI2DG38I |
| 72 | Fuyuanpay | https://www.amazon.com/sp?seller=A1RU5F11DWKP9K |
| 73 | HaoDIG | https://www.amazon.com/sp?seller=A2Y8JKO4DANH4W |
| 74 | histore123 | https://www.amazon.com/sp?seller=A274O5HLHR5GOF |
| 75 | HQ Auto Part | https://www.amazon.com/sp?seller=AQ73775LUKOG0 |
| 76 | HQPASFY AUTOPARTS STORE | https://www.amazon.com/sp?seller=AIEVNSJ0YNP6V |
| 77 | huanfen478-US | https://www.amazon.com/sp?seller=A2N5ID31Q7HJVM |
| 78 | iRomehony | https://www.amazon.com/sp?seller=A3RSJFXEAXTVCW |
| 79 | Jetuplusllc | https://www.amazon.com/sp?seller=A1U5E63AWUYIR8 |
| 80 | Jinwzer-US | https://www.amazon.com/sp?seller=A1RF0HUQI4YJF0 |

| | | |
|---|---|---|
| 81 | JRSMART | https://www.amazon.com/sp?seller=A2CCHU0MD0CMB0 |
| 82 | Kinwrdsn | https://www.amazon.com/sp?seller=A173WGW4PGXVTB |
| 83 | LIN Store | https://www.amazon.com/sp?seller=A254WBOY1FUDSE |
| 84 | lox auto parts | https://www.amazon.com/sp?seller=AFXSFXXYWVX0D |
| 85 | Lqito auto | https://www.amazon.com/sp?seller=A1QHQDXUM2LL7Z |
| 86 | LSDZWORK | https://www.amazon.com/sp?seller=A13FNZ8A5Z92T7 |
| 87 | Mauvivh-US | https://www.amazon.com/sp?seller=ATIC0OODRXVK7 |
| 88 | Mavis Laven | https://www.amazon.com/sp?seller=A3NN98U1IK59EU |
| 89 | mikoda autoparts | https://www.amazon.com/sp?seller=A1JPZFXEYWZOCZ |
| 90 | Miyinla-Z | https://www.amazon.com/sp?seller=ASWK0BIJLA9BQ |
| 91 | MoreChioce-US | https://www.amazon.com/sp?seller=a2sqdq1jmsdeab |
| 92 | MoreMNY | https://www.amazon.com/sp?seller=A25UG3WNEQ7B6L |
| 93 | MOTOQUEEN | https://www.amazon.com/sp?seller=AG6K9YJJ5OE3Z |
| 94 | ONEUNIQ | https://www.amazon.com/sp?seller=A3A04ISW1XTIE5 |
| 95 | royal-rock | https://www.amazon.com/sp?seller=AG5TPSV147PL4 |
| 96 | Saosgo-US | https://www.amazon.com/sp?seller=AITMYQO3Q17F8 |
| 97 | seatism61-US | https://www.amazon.com/sp?seller=A3FAYHU2LPIDAP |
| 98 | setesgpbi-US | https://www.amazon.com/sp?seller=A1OMT81TOVBV7F |
| 99 | Shenyamm-US | https://www.amazon.com/sp?seller=a28jj2gpz5vcxi |
| 100 | Shine-auto | https://www.amazon.com/sp?seller=AAGZEIEQ4H9IX |
| 101 | Sixrun 11.N | https://www.amazon.com/sp?seller=A14DZMNNLWG1RZ |

| 102 | smisesem-US | https://www.amazon.com/sp?seller=A24WG7GHCM269R |
| 103 | Sthrage Home | https://www.amazon.com/sp?seller=AA7Z9WESAVODQ |
| 104 | Tim international USA | https://www.amazon.com/sp?seller=A1EN9HXXRHFEC4 |
| 105 | TunTun7 | https://www.amazon.com/sp?seller=A197A45KYAX1QH |
| 106 | Uadavs-US | https://www.amazon.com/sp?seller=AHIWL647FNC9M |
| 107 | USonline911 | https://www.amazon.com/sp?seller=A2Y948N6N5PM23 |
| 108 | VODCACA | https://www.amazon.com/sp?seller=AUA56ICIP03M3 |
| 109 | Wanleihu-US | https://www.amazon.com/sp?seller=A20RCE39783QLW |
| 110 | Wecrun-US | https://www.amazon.com/sp?seller=a3lzzjwe58f794 |
| 111 | Xiaqiuky-US | https://www.amazon.com/sp?seller=A24XSRA2G628WP |
| 112 | yuhuanhejunqipeiyouxiangongsi | https://www.amazon.com/sp?seller=A2QOUVQZPYR7OQ |
| 113 | Yunnergo | https://www.amazon.com/sp?seller=A142FAMZNJSYQW |
| 114 | Zad AutoParts | https://www.amazon.com/sp?seller=AXNITV3SIMX2Y |
| 115 | Zaltgag-US | https://www.amazon.com/sp?seller=A1VVH5NLNYO9SC |
| 116 | ZDFHZDF-US | https://www.amazon.com/sp?seller=A3TE0T54I3JQ34 |
| 117 | ZOOJR | https://www.amazon.com/sp?seller=AOYTXXDY4BX21 |
| 118 | Zutigo-US | https://www.amazon.com/sp?seller=AFI9QNQQ7QE9E |
| 119 | 2009happyseller | https://www.ebay.com/usr/2009happyseller |
| 120 | 2018autoparts | https://www.ebay.com/usr/2018autoparts |
| 121 | 2018bestdeal | https://www.ebay.com/usr/2018bestdeal |
| 122 | 2022dressup | https://www.ebay.com/usr/2022dressup |

CASE NO. 23-23867-CIV-ALTONAGA/Damian

| 123 | 24hoursstore1961 | https://www.ebay.com/usr/24hoursstore1961 |
| 124 | 2bfairshop | https://www.ebay.com/usr/2bfairshop |
| 125 | accelerator_go | https://www.ebay.com/usr/accelerator_go |
| 126 | aceur-7 | https://www.ebay.com/usr/aceur-7 |
| 127 | aigo888 | https://www.ebay.com/usr/aigo888 |
| 128 | aoxoms_racing | https://www.ebay.com/usr/aoxoms_racing |
| 129 | ap_wgder | https://www.ebay.com/usr/ap_wgder |
| 130 | aron-wireless | https://www.ebay.com/usr/aron-wireless |
| 131 | arrowhetads | https://www.ebay.com/usr/arrowhetads |
| 132 | articleone1 | https://www.ebay.com/usr/articleone1 |
| 133 | asapowerparts | https://www.ebay.com/usr/asapowerparts |
| 134 | astonparts | https://www.ebay.com/usr/astonparts |
| 135 | atamptalent | https://www.ebay.com/usr/atamptalent |
| 136 | auto_decor | https://www.ebay.com/usr/auto_decor |
| 137 | auto_sunny-2 | https://www.ebay.com/usr/auto_sunny-2 |
| 138 | auto201786 | https://www.ebay.com/usr/auto201786 |
| 139 | autodealsell | https://www.ebay.com/usr/autodealsell |
| 140 | AutoFixDepot | https://www.ebay.com/usr/autofixdepot |
| 141 | autolord | https://www.ebay.com/usr/autolord |
| 142 | automober | https://www.ebay.com/usr/automober |
| 143 | autopart_top | https://www.ebay.com/usr/autopart_top |

CASE NO. 23-23867-CIV-ALTONAGA/Damian

| 144 | autopart-2020 | https://www.ebay.com/usr/autopart-2020 |
|-----|----------------|------------------------------------------|
| 145 | autoparts_95 | https://www.ebay.com/usr/autoparts_95 |
| 146 | autoparts-artist | https://www.ebay.com/usr/autoparts-artist |
| 147 | autoparts-garden8 | https://www.ebay.com/usr/autoparts-garden8 |
| 148 | autoparts-hksales | https://www.ebay.com/usr/autoparts-hksales |
| 149 | autopartsking | https://www.ebay.com/usr/autopartsking |
| 150 | Autoparts-KPI | https://www.ebay.com/usr/autoparts-kpi |
| 151 | autoparts-leader1 | https://www.ebay.com/usr/autoparts-leader1 |
| 152 | autoparts-maintenance-shop | https://www.ebay.com/usr/autoparts-maintenance-shop |
| 153 | auto-partsmarket | https://www.ebay.com/usr/auto-partsmarket |
| 154 | Autoparts-Shopping-mall | https://www.ebay.com/usr/autoparts-shopping-mall |
| 155 | autoparts-territory | https://www.ebay.com/usr/autoparts-territory |
| 156 | autoparts-tom | https://www.ebay.com/usr/autoparts-tom |
| 157 | autoparts-tool-2023 | https://www.ebay.com/usr/autoparts-tool-2023 |
| 158 | autoparts-top1 | https://www.ebay.com/usr/autoparts-top1 |
| 159 | autoparts-us | https://www.ebay.com/usr/autoparts-us |
| 160 | autoparts-yard | https://www.ebay.com/usr/autoparts-yard |
| 161 | autoparts-zone1 | https://www.ebay.com/usr/autoparts-zone1 |
| 162 | autopartway2023 | https://www.ebay.com/usr/autopartway2023 |
| 163 | autopower_us | https://www.ebay.com/usr/autopower_us |
| 164 | auto-sector | https://www.ebay.com/usr/auto-sector |

CASE NO. 23-23867-CIV-ALTONAGA/Damian

| 165 | autumnharvest | https://www.ebay.com/usr/autumnharvest |
| 166 | beautifullife88 | https://www.ebay.com/usr/beautifullife88 |
| 167 | beauty-morning | https://www.ebay.com/usr/beauty-morning |
| 168 | berider_cy | https://www.ebay.com/usr/berider_cy |
| 169 | bestauto-parts | https://www.ebay.com/usr/bestauto-parts |
| 170 | bestonline222 | https://www.ebay.com/usr/bestonline222 |
| 171 | bicycleparts99 | https://www.ebay.com/usr/bicycleparts99 |
| 172 | bifa_jia66 | https://www.ebay.com/usr/bifa_jia66 |
| 173 | bikecover58 | https://www.ebay.com/usr/bikecover58 |
| 174 | blueoen | https://www.ebay.com/usr/blueoen |
| 175 | bmwparts_au | https://www.ebay.com/usr/bmwparts_au |
| 176 | boattool-international | https://www.ebay.com/usr/boattool-international |
| 177 | boombuylong | https://www.ebay.com/usr/boombuylong |
| 178 | buyautos | https://www.ebay.com/usr/buyautos |
| 179 | buyfromhxd | https://www.ebay.com/usr/buyfromhxd |
| 180 | buyonline2018 | https://www.ebay.com/usr/buyonline2018 |
| 181 | buysalesmoto876 | https://www.ebay.com/usr/buysalesmoto876 |
| 182 | CarCraftWorld | https://www.ebay.com/usr/carcraftworld |
| 183 | car-decorhouse | https://www.ebay.com/usr/car-decorhouse |
| 184 | carfocusa | https://www.ebay.com/usr/carfocusa |
| 185 | car-one-2088 | https://www.ebay.com/usr/car-one-2088 |

CASE NO. 23-23867-CIV-ALTONAGA/Damian

| 186 | carpartking_us | https://www.ebay.com/usr/carpartking_us |
| 187 | carparts_89 | https://www.ebay.com/usr/carparts_89 |
| 188 | carparts_create | https://www.ebay.com/usr/carparts_create |
| 189 | carpartsworldus | https://www.ebay.com/usr/carpartsworldus |
| 190 | ccpower us | https://www.ebay.com/usr/ccpower-us |
| 191 | chen_98auto | https://www.ebay.com/usr/chen_98auto |
| 192 | chloe889 | https://www.ebay.com/usr/chloe889 |
| 193 | cindia | https://www.ebay.com/usr/cindia |
| 194 | cnsmkcarparts | https://www.ebay.com/usr/cnsmkcarparts |
| 195 | coconut_auto | https://www.ebay.com/usr/coconut_auto |
| 196 | comfortable6 | https://www.ebay.com/usr/comfortable6 |
| 197 | cookered | https://www.ebay.com/usr/cookered |
| 198 | craftsman-part | https://www.ebay.com/usr/craftsman-part |
| 199 | create_autoparts | https://www.ebay.com/usr/create_autoparts |
| 200 | cuddlylet | https://www.ebay.com/usr/cuddlylet |
| 201 | Cyltd_Vehicle Parts | https://www.ebay.com/usr/automotors_cyltd |
| 202 | cywx_autoparts | https://www.ebay.com/usr/cywx_autoparts |
| 203 | dasxp1 | https://www.ebay.com/usr/dasxp1 |
| 204 | dearchan1965 | https://www.ebay.com/usr/dearchan1965 |
| 205 | dk_sps | https://www.ebay.com/usr/dk_sps |
| 206 | dreamcity1876 | https://www.ebay.com/usr/dreamcity1876 |

CASE NO. 23-23867-CIV-ALTONAGA/Damian

| 207 | easybuymoto757 | https://www.ebay.com/usr/easybuymoto757 |
|---|---|---|
| 208 | easy-driv | https://www.ebay.com/usr/easy-driv |
| 209 | efar-autoparts | https://www.ebay.com/usr/efar-autoparts |
| 210 | electrapick2 | https://www.ebay.com/usr/electrapick2 |
| 211 | eltranst | https://www.ebay.com/usr/eltranst |
| 212 | encoreshop3 | https://www.ebay.com/usr/encoreshop3 |
| 213 | encoreshop4 | https://www.ebay.com/usr/encoreshop4 |
| 214 | energyboom | https://www.ebay.com/usr/energyboom |
| 215 | engineatv_59 | https://www.ebay.com/usr/engineatv_59 |
| 216 | engine-sharp | https://www.ebay.com/usr/engine-sharp |
| 217 | eocusun | https://www.ebay.com/usr/eocusun |
| 218 | eparparts | https://www.ebay.com/usr/eparparts |
| 219 | eurer | https://www.ebay.com/usr/eurer |
| 220 | expresseleparts | https://www.ebay.com/usr/expresseleparts |
| 221 | expresstore2 | https://www.ebay.com/usr/expresstore2 |
| 222 | familienkaufhaus | https://www.ebay.com/usr/familienkaufhaus |
| 223 | fastlane-a | https://www.ebay.com/usr/fastlane-a |
| 224 | feknetdone | https://www.ebay.com/usr/feknetdone |
| 225 | festung23 | https://www.ebay.com/usr/festung23 |
| 226 | ffor | https://www.ebay.com/usr/ffor |
| 227 | finentester | https://www.ebay.com/usr/finentester |

CASE NO. 23-23867-CIV-ALTONAGA/Damian

| 228 | fitvehicle_shop | https://www.ebay.com/usr/fitvehicle_shop |
| 229 | fj-parts | https://www.ebay.com/usr/fj-parts |
| 230 | fmd-autoparts | https://www.ebay.com/usr/fmd-autoparts |
| 231 | forbuyerhappy19 | https://www.ebay.com/usr/forbuyerhappy19 |
| 232 | formula-parts_3 | https://www.ebay.com/usr/formula-parts_3 |
| 233 | fortitudetail | https://www.ebay.com/usr/fortitudetail |
| 234 | FS.performance Store | https://www.ebay.com/usr/fs.performance |
| 235 | fullofmoney6 | https://www.ebay.com/usr/fullofmoney6 |
| 236 | fuselageew | https://www.ebay.com/usr/fuselageew |
| 237 | fwfiremoto468 | https://www.ebay.com/usr/fwfiremoto468 |
| 238 | gadgetsimply | https://www.ebay.com/usr/gadgetsimply |
| 239 | gadgetsking94 | https://www.ebay.com/usr/gadgetsking94 |
| 240 | galadirect2018 | https://www.ebay.com/usr/galadirect2018 |
| 241 | gearautoparts | https://www.ebay.com/usr/gearautoparts |
| 242 | genuinemov | https://www.ebay.com/usr/genuinemov |
| 243 | gladdeal_ysy | https://www.ebay.com/usr/gladdeal_ysy |
| 244 | global_autoparts-mall | https://www.ebay.com/usr/global_autoparts-mall |
| 245 | globebestdeal | https://www.ebay.com/usr/globebestdeal |
| 246 | gosamer | https://www.ebay.com/usr/gosamer |
| 247 | grandautousa | https://www.ebay.com/usr/grandautousa |
| 248 | greatamo | https://www.ebay.com/usr/greatamo |

| 249 | hao-autoparts | https://www.ebay.com/usr/hao-autoparts |
| 250 | haokaixin666 | https://www.ebay.com/usr/haokaixin666 |
| 251 | haoxind_03_autoparts | https://www.ebay.com/usr/haoxind_03_autoparts |
| 252 | high-capacity | https://www.ebay.com/usr/high-capacity |
| 253 | high-quality-service | https://www.ebay.com/usr/high-quality-service |
| 254 | highspeed-2017 | https://www.ebay.com/usr/highspeed-2017 |
| 255 | home_depot_no.1 | https://www.ebay.com/usr/home_depot_no.1 |
| 256 | homegoodspartss1 | https://www.ebay.com/usr/homegoodspartss1 |
| 257 | hw_autoparts | https://www.ebay.com/usr/hw_autoparts |
| 258 | ici-lapas | https://www.ebay.com/usr/ici-lapas |
| 259 | innovee_cell | https://www.ebay.com/usr/innovee_cell |
| 260 | juno_t23 | https://www.ebay.com/usr/juno_t23 |
| 261 | keenowgo | https://www.ebay.com/usr/keenowgo |
| 262 | killapee | https://www.ebay.com/usr/killapee |
| 263 | kingmotobike741 | https://www.ebay.com/usr/kingmotobike741 |
| 264 | kptowardfuture | https://www.ebay.com/usr/kptowardfuture |
| 265 | kuzuki | https://www.ebay.com/usr/kuzuki |
| 266 | kyrie-autoparts | https://www.ebay.com/usr/kyrie-autoparts |
| 267 | leisa-auto05 | https://www.ebay.com/usr/leisa-auto05 |
| 268 | lightbar_home2016 | https://www.ebay.com/usr/lightbar_home2016 |
| 269 | likel8286 | https://www.ebay.com/usr/likel8286 |

CASE NO. 23-23867-CIV-ALTONAGA/Damian

| 270 | likeusandy | https://www.ebay.com/usr/likeusandy |
| 271 | loveyou2023 | https://www.ebay.com/usr/loveyou2023 |
| 272 | loyaltystand | https://www.ebay.com/usr/loyaltystand |
| 273 | ls-autoparts | https://www.ebay.com/usr/ls-autoparts |
| 274 | luckmotorparts | https://www.ebay.com/usr/luckmotorparts |
| 275 | macawey | https://www.ebay.com/usr/macawey |
| 276 | magiccarparts | https://www.ebay.com/usr/magiccarparts |
| 277 | max-che | https://www.ebay.com/usr/max-che |
| 278 | metoo_motorfans | https://www.ebay.com/usr/metoo_motorfans |
| 279 | millionaireparts | https://www.ebay.com/usr/millionaireparts |
| 280 | modernizeal | https://www.ebay.com/usr/modernizeal |
| 281 | moscar388 | https://www.ebay.com/usr/moscar388 |
| 282 | motofire241 | https://www.ebay.com/usr/motofire241 |
| 283 | motorcycle126 | https://www.ebay.com/usr/motorcycle126 |
| 284 | motorpart2020 | https://www.ebay.com/usr/motorpart2020 |
| 285 | Motorsdeals_sfc | https://www.ebay.com/usr/motorsdeals_sfc |
| 286 | motorstar | https://www.ebay.com/usr/motorstar |
| 287 | motorstead | https://www.ebay.com/usr/motorstead |
| 288 | motortechemporium | https://www.ebay.com/usr/motortechemporium |
| 289 | moverparts | https://www.ebay.com/usr/moverparts |
| 290 | mrirthfully | https://www.ebay.com/usr/mrirthfully |

CASE NO. 23-23867-CIV-ALTONAGA/Damian

| 291 | mrou5043 | https://www.ebay.com/usr/mrou5043 |
| 292 | musheng11 | https://www.ebay.com/usr/musheng11 |
| 293 | neverb42 | https://www.ebay.com/usr/neverb42 |
| 294 | nipysaha | https://www.ebay.com/usr/nipysaha |
| 295 | niubillity | https://www.ebay.com/usr/niubillity |
| 296 | ntw-autoparts | https://www.ebay.com/usr/ntw-autoparts |
| 297 | offroad-parts | https://www.ebay.com/usr/offroad-parts |
| 298 | onfacility | https://www.ebay.com/usr/onfacility |
| 299 | ordertrade | https://www.ebay.com/usr/ordertrade |
| 300 | panda-autoparts | https://www.ebay.com/usr/panda-autoparts |
| 301 | panlongbi | https://www.ebay.com/usr/panlongbi |
| 302 | partsanyth15 | https://www.ebay.com/usr/partsanyth15 |
| 303 | parts-link-9 | https://www.ebay.com/usr/parts-link-9 |
| 304 | parts-space | https://www.ebay.com/usr/parts-space |
| 305 | phrider_cmt | https://www.ebay.com/usr/phrider_cmt |
| 306 | pj-online | https://www.ebay.com/usr/pj-online |
| 307 | powersource_us | https://www.ebay.com/usr/powersource_us |
| 308 | ppautoparts | https://www.ebay.com/usr/ppautoparts |
| 309 | pp-parts | https://www.ebay.com/usr/pp-parts |
| 310 | precioustime668 | https://www.ebay.com/usr/precioustime668 |
| 311 | PrecisionAutoGear | https://www.ebay.com/usr/precisionautogear |

| 312 | pretty-smart | https://www.ebay.com/usr/pretty-smart |
| 313 | pro_artisan | https://www.ebay.com/usr/pro_artisan |
| 314 | probike838 | https://www.ebay.com/usr/probike838 |
| 315 | professionalvehicleparts | https://www.ebay.com/usr/professionalvehicleparts |
| 316 | protectyourdreamcar | https://www.ebay.com/usr/protectyourdreamcar |
| 317 | qabundant | https://www.ebay.com/usr/qabundant |
| 318 | qianggechiyu | https://www.ebay.com/usr/qianggechiyu |
| 319 | QPCRauto | https://www.ebay.com/usr/qpcrauto |
| 320 | qrapidmark | https://www.ebay.com/usr/qrapidmark |
| 321 | rapidgain | https://www.ebay.com/usr/rapidgain |
| 322 | readilylong | https://www.ebay.com/usr/readilylong |
| 323 | renranshop | https://www.ebay.com/usr/renranshop |
| 324 | rmm_autoparts_home | https://www.ebay.com/usr/rmm_autoparts_home |
| 325 | robusthold | https://www.ebay.com/usr/robusthold |
| 326 | salebuymoto174 | https://www.ebay.com/usr/salebuymoto174 |
| 327 | shipshaplkh | https://www.ebay.com/usr/shipshaplkh |
| 328 | slautopartsfactory | https://www.ebay.com/usr/slautopartsfactory |
| 329 | sllatrade | https://www.ebay.com/usr/sllatrade |
| 330 | smkcar01 | https://www.ebay.com/usr/smkcar01 |
| 331 | smkparts001 | https://www.ebay.com/usr/smkparts001 |
| 332 | smkparts002 | https://www.ebay.com/usr/smkparts002 |

CASE NO. 23-23867-CIV-ALTONAGA/Damian

| 333 | solefar | https://www.ebay.com/usr/solefar |
|-----|---------|----------------------------------|
| 334 | speedridersupplies | https://www.ebay.com/usr/speedridersupplies |
| 335 | spitzenteile | https://www.ebay.com/usr/spitzenteile |
| 336 | ssspremeparts | https://www.ebay.com/usr/ssspremeparts |
| 337 | start-8568 | https://www.ebay.com/usr/start-8568 |
| 338 | subpartsmall | https://www.ebay.com/usr/subpartsmall |
| 339 | superauto_deal | https://www.ebay.com/usr/superauto_deal |
| 340 | superb-assy | https://www.ebay.com/usr/superb-assy |
| 341 | supermarket68 | https://www.ebay.com/usr/supermarket68 |
| 342 | supermotordancer | https://www.ebay.com/usr/supermotordancer |
| 343 | swagshopping22 | https://www.ebay.com/usr/swagshopping22 |
| 344 | theolivine | https://www.ebay.com/usr/theolivine |
| 345 | thomas-autoparts1 | https://www.ebay.com/usr/thomas-autoparts |
| 346 | through-parts | https://www.ebay.com/usr/through-parts |
| 347 | tietiepart | https://www.ebay.com/usr/tietiepart |
| 348 | tom-autoparts | https://www.ebay.com/usr/tom-autoparts |
| 349 | toolhouse | https://www.ebay.com/usr/toolhouse |
| 350 | top_autoparts_c | https://www.ebay.com/usr/top_autoparts_c |
| 351 | topcarfair | https://www.ebay.com/usr/topcarfair |
| 352 | top-clump | https://www.ebay.com/usr/top-clump |
| 353 | topmaster-auto | https://www.ebay.com/usr/topmaster-auto |

CASE NO. 23-23867-CIV-ALTONAGA/Damian

| 354 | tradeasy2020 | https://www.ebay.com/usr/tradeasy2020 |
|-----|--------------|----------------------------------------|
| 355 | truckall | https://www.ebay.com/usr/truckall |
| 356 | undergarage | https://www.ebay.com/usr/undergarage |
| 357 | usonestep | https://www.ebay.com/usr/usonestep |
| 358 | vinylmotro | https://www.ebay.com/usr/vinylmotro |
| 359 | weatherstrip | https://www.ebay.com/usr/weatherstrip |
| 360 | wenzhoushayi | https://www.ebay.com/usr/wenzhoushayi |
| 361 | wf-parts | https://www.ebay.com/usr/wf-parts |
| 362 | wfxpress | https://www.ebay.com/usr/wfxpress |
| 363 | whole-parts | https://www.ebay.com/usr/whole-parts |
| 364 | whonda818 | https://www.ebay.com/usr/whonda818 |
| 365 | winin2021 | https://www.ebay.com/usr/winin2021 |
| 366 | wishesworld88 | https://www.ebay.com/usr/wishesworld88 |
| 367 | xckj5083 | https://www.ebay.com/usr/xckj5083 |
| 368 | xd-autoparts | https://www.ebay.com/usr/xd-autoparts |
| 369 | ybb-autoparts | https://www.ebay.com/usr/ybb-autoparts |
| 370 | yeqch-auto | https://www.ebay.com/usr/yeqch-auto |
| 371 | yilitech | https://www.ebay.com/usr/yilitech |
| 372 | ymt.trade | https://www.ebay.com/usr/ymt.trade |
| 373 | youth-zch | https://www.ebay.com/usr/youth-zch |
| 374 | yuto-parts | https://www.ebay.com/usr/yuto-parts |

CASE NO. 23-23867-CIV-ALTONAGA/Damian

| 375 | zc_lefgg | https://www.ebay.com/usr/zc_lefgg |
|---|---|---|
| 376 | ziblook | https://www.ebay.com/usr/ziblook |
| 377 | zuzuren | https://www.ebay.com/usr/zuzuren |
| 378 | Feiyan Trading Co., Ltd. | https://www.walmart.com/reviews/seller/101106229 |
| 379 | Harbin 901 E-commerce Co., Ltd | https://www.walmart.com/reviews/seller/101256072 |
| 380 | Hecheng Electric Co., Ltd | https://www.walmart.com/reviews/seller/101125369 |
| 381 | Liruike | https://www.walmart.com/reviews/seller/101174264 |
| 382 | TRF STORE | https://www.walmart.com/reviews/seller/101110094 |
| 383 | Uposao | https://www.walmart.com/reviews/seller/101127245 |
| 384 | YKAPE Co.Ltd | https://www.walmart.com/reviews/seller/101189502 |
| 385 | HuaMingYu | https://www.wish.com/merchant/5d7f5c35d739553aff81de9b |
| 386 | LL-Utopia | https://www.wish.com/merchant/58b7f17cf1c0ab52773e1359 |
| 387 | Onpaifern | https://www.wish.com/merchant/5f695688a64ae792f53a5149 |
| 388 | Questionerr | https://www.wish.com/merchant/5f6aebb137fe77d9821de829 |
| 389 | zernun | https://www.wish.com/merchant/5f80053f21e1a4164bdaba75 |