UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 23-23867-CV-ALTONAGA

**METZFAB INDUSTRIES, LLC**,

    Plaintiff,

v.

**THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A"**,

    Defendants.

_____/

## ORDER

THIS MATTER is before the Court on Defendants Sixrun 11.N; Fupiupero-US; Mavis Laven; Miyinla-Z; seatism61-US; setesgpbi-US; Xiaqiuky-US; Wanleihu-US; Mauvivh-US; Shenyamm-US; huanfen478-US; Zaltgag-US; Saosgo-US; smisesem-US; ZDFHZDF-US; Wecrun-US; Zutigo-US; Jinwzer-US; and Uadavs-US's Unopposed Motion for Extension of Time to Answer or Otherwise Respond [ECF No. 53]. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. Defendants' deadline to answer, or otherwise respond to the Complaint is extended up to and including **January 10, 2024**.

**DONE AND ORDERED** in Miami, Florida, this 16th day of December, 2023.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record