UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 23-23867-CIV-ALTONAGA/Damian

METZFAB INDUSTRIES, LLC, AND
BRANDON METZGER,

    Plaintiffs,

v.

THE INDIVIDUALS, CORPORATIONS,
LIMITED LIABILITY COMPANIES,
PARTNERSHIPS, AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON
SCHEDULE A,

    Defendants.

_____/

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL OF CERTAIN DEFENDANTS**

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(i), Plaintiffs METZFAB INDUSTRIES, LLC and BRANDON METZGER, voluntarily dismiss the following Defendants listed on Schedule A to the Complaint without prejudice:

| Doe No. | Defendant Seller | Defendant Online Marketplace |
|---|---|---|
| 131 | arrowhetads | https://www.ebay.com/usr/arrowhetads |
| 197 | cookered | https://www.ebay.com/usr/cookered |
| 236 | fuselageew | https://www.ebay.com/usr/fuselageew |
| 246 | gosamer | https://www.ebay.com/usr/gosamer |
| 272 | loyaltystand | https://www.ebay.com/usr/loyaltystand |
| 275 | macawey | https://www.ebay.com/usr/macawey |
| 327 | shipshaplkh | https://www.ebay.com/usr/shipshaplkh |
| 373 | youth-zch | https://www.ebay.com/usr/youth-zch |

Dated: January 19, 2024          Respectfully submitted,

*/s/ Rossana Baeza*
Rossana Baeza (FL Bar No. 1007668)
rbaeza@bsfllp.com
BOIES SCHILLER FLEXNER LLP
100 SE 2nd Street, Suite 2800
Miami, FL 33131
Tel: (305) 357-8443

*Counsel for Plaintiffs Metzfab Industries, LLC and Brandon Metzger*